**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR ADOLFO MALDONADO, | ) NO. EDCV 08-1124-GW(MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

   Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 11, 2010.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE